IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LAUREN PICKARD, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) |
| | )   CIV. ACTION NO. 3:19cv180-SRW |
| | ) |
| SLM CORPORATION, d/b/a SALLIE MAE, | ) |
| | ) |
| | ) |
|    Defendant. | ) |

## **ORDER**

This matter is before the court on plaintiff's notice of voluntary dismissal without prejudice (Doc. 8), which comports with Federal Rule of Civil Procedure 41(a)(1)(A)(i). Upon consideration of the same, it is hereby

ORDERED that the Clerk of Court is DIRECTED to close this case. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

Done, on this the 19th day of April, 2019.

/s/ Susan Russ Walker
Susan Russ Walker
United States Magistrate Judge