UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

LAUREN PICKARD,

   Plaintiff,

-vs-

                                     CASE NO.: 3:19-CV-00180-SRW

SLM CORPORATION, d/b/a
SALLIE MAE,

   Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW the Plaintiffs, LAUREN PICKARD, by and through her undersigned attorneys, hereby file this Notice of Voluntary Dismissal With Prejudice as to all claims with Defendant, SLM CORPORATION, d/b/a SALLIE MAE, in the above captioned matter.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been furnished via CM/ECF on this 5th day of August, 2019.

                                            */s/Frank H. Kerney, III, Esquire*
                                            Frank H. Kerney, III, Esquire
                                            Florida Bar #: 88672
                                            Morgan & Morgan, Tampa, P.A.
                                            201 North Franklin Street, 7th Floor
                                            Tampa, FL 33602
                                            Telephone: (813) 223-5505
                                            Facsimile:  (813) 223-5402
                                            fkerney@forthepeople.com
                                            snazario@forthepeople.com
                                            mmartinez@forthepeople.com
                                            *Counsel for Plaintiff*